AUSA Mark Frazier

# United States District Court

**Western District of Texas**

**FILED**
July 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MC
DEPUTY

**UNITED STATES OF AMERICA**
V.
**Noe Fermin GUERRERO-Mendieta**

**CRIMINAL COMPLAINT**

CASE NUMBER: **W25-215M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 24, 2025, in the Western District of Texas, defendant Noe Fermin GUERRERO-Mendieta, an alien, was found in the United States in Waco, McLennan County, Texas. The defendant is in immigration proceedings, out of custody on bond, and is an alien required to be registered while in the United States and shall at all times carry with him and have in his personal possession any certificate of alien registration or alien registration receipt card, pursuant to Title 8 United States Code, Sections 1302(a) and 1304(e). I further state that I am a Supervisory Detention and Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), and that this complaint is based on the following facts:

On or about July 24, 2025, defendant Noe Fermin GUERRERO-Mendieta, an alien, was found in Waco, Texas, within the Western District of Texas. Defendant GUERRERO is a citizen and national of Mexico and was arrested for immigration violations by ICE Waco Fugitive Operations team members in Waco, TX. At time of arrest, Defendant GUERRERO was required to have in his personal possession any certificate of alien registration or alien registration receipt card, such as his I-862, Notice to Appear, which he did not.

Defendant GUERRERO's failure to at all times carry with him and have in his personal possession any certificate of alien registration or alien registration receipt card, is in violation Title 8 United States Code, Sections 1304(e).

**Continued on the attached sheet and made a part hereof:**  ☐ Yes  ☒ No

Mark S. Carlino
Supervisory Detention and Deportation Officer
_____
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

July 24, 2025                                    Waco, Texas
_____    at    _____
Date                                             City and State

Derek T. Gilliland
U.S. Magistrate Judge
_____             _____
Name & Title of Judicial Officer      Signature of Judicial Officer