IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
August 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ae_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO.   W25-215M |
| | * | |
| NOE FERMIN GUERRERO-MENDIETA | * | |

GOVERNMENT'S MOTION TO DISMISS COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a) and in the interest of justice, to dismiss, without prejudice as to the Government's right to refile, the complaint against NOE FERMIN GUERRERO-MENDIETA in the above styled case and filed on July 24, 2025.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

/s/ *Stephanie Smith-Burris*

By:   STEPHANIE SMITH-BURRIS
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX  76701
(254) 750-1580

2

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transit notification of such filing to the following CM/ECF participant:

Lewis Gainor
Attorney at Law


/s/ *Stephanie Smith-Burris*
STEPHANIE SMITH-BURRIS
Assistant United States Attorney